# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

CHARLES C. CARELLA
JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

DONALD F. MICELI
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

PETER G. STEWART
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN+ +

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
**MEMBER NY BAR
***MEMBER IL BAR
+MEMBER FL BAR
+ + MEMBER NY & FL BAR

RAYMOND J. LILLIE
GREGORY G. MAROTTA
KEVIN G. COOPER
MARYSSA P. GEIST
JORDAN M. STEELE**
MICHAEL K. BELOSTOCK
BRIAN F. O'TOOLE**
SEAN M. KILEY
ROBERT J. VASQUEZ

June 30, 2023

Hon. Ruksanah L. Singh, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

   Re: **Jeffrey W. Kusmick v. Naji Abisleiman, et al.**
      **Docket No. 3:23-cv-02219 (GC) (RLS)**

      **Request with Consent to Extend Time to Answer, Move or Otherwise Reply**

Dear Judge Singh:

  I represent defendants Naji Abisleiman, The Estate of David Naim Abisleiman, Nadia Abisleiman, and REA LLC in the above-referenced matter. I respectfully request that the time in which they may answer, move or otherwise reply be extended from July 7, 2023 to July 28, 2023. This is their third request for an extension.

  The reason for this request is that my clients continue to engage in settlement conversations with plaintiff. Therefore, if these settlement conversations are not successful, additional time is needed to respond to plaintiff's seven count, 137 paragraph complaint. Furthermore, the Rule 16 conference has been rescheduled to September 12, 2023.

  Plaintiff Jeffrey W. Kusmick, pro se, consents to this request.

  Thank you for your anticipated cooperation.

            Respectfully submitted,

            CARELLA, BYRNE, CECCHI,
            OLSTEIN, BRODY & AGNELLO, P.C.

            /s/ Jan Alan Brody

            JAN ALAN BRODY

So Ordered this 30th day
of June, 2023

Hon. Rukhsanah L. Singh, U.S.M.J.