Jan Alan Brody, Esq. 029721976
Michael K. Belostock, Esq.
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068-1739
(973) 994-1700
jbrody@carellabyrne.com
mbelostock@carellabyrne.com
*Attorneys for Defendants Naji Abisleiman, The Estate of David Naim Abisleiman, Nadia Abisleiman as Executrix of the Estate of David Naim Abisleiman, Nadia Abisleiman, Individually, and REA LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY W. KUSMICK,<br><br>    Plaintiff,<br><br>v.<br><br>NAJI ABISLEIMAN; THE ESTATE OF DAVID NAIM ABISLEIMAN; NADIA ABISLEIMAN AS EXECUTIX OF THE ESTATE OF DAVID NAIM ABISLEIMAN; NADIA ABISLEIMAN, Individually; REA LLC; MYK BUILDERS, LLC.; YOUSUF KHAN, Individually; AQEEL KHAN, Individually; GRO ARCHITECTS, PLLC.; RICHARD GARBER, Individually; NICOLE ROBERTSON, Individually; CITY OF NEW BRUNSWICK; DANIEL DOMINGUEZ, Individually; ZEE ENGINEERING, LLC.; ZULFIQARA CHOWDRY, Individually; CONSULTING ENGINEERS, 1-10; JOHN AND JANE DOES 1-10; Jointly and Severally,<br><br>    Defendants. | Case No. 3:23-cv-02219 (GC) (RLS)<br><br>Electronically Filed<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance on behalf of

Defendants Naji Abisleiman, The Estate of David Naim Abisleiman, Nadia Abisleiman as

Executrix of the Estate of David Naim Abisleiman, Nadia Abisleiman, Individually, and REA LLC.

        CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
*Attorneys for Defendants Naji Abisleiman, The Estate of David Naim Abisleiman, Nadia Abisleiman as Executrix of the Estate of David Naim Abisleiman, Nadia Abisleiman, Individually, and REA LLC*

Dated: August 18, 2023      By: */s/ Michael K. Belostock*
          MICHAEL K. BELOSTOCK

#811754