FLOWERS & O'BRIEN, LLC
By: Kerry B. Flowers, Esq.  - I.D. #1138 Ten Melrose Avenue
70 Hudson Street
Suite 4A
Hoboken, NJ 07030
Phone:  (201)  488-
1644
*kflowers@fnolaw.com*
*Attorneys for Defendants, MYK Builders, LLC, LLC; Yousuf Khan,*
*Aqeel Khan*

**UNITED STATES DISTRICT
COURT DISTRICT OF NEW
JERSEY TRENTON VICINAGE**

| | |
|---|---|
| JEFFREY W. KUSMICK,<br>                         Plaintiff<br><br>v.<br><br>NAJI ABISLEIMAN; THE ESTATE<br>OF DAVID NAIM ABISLEIMAN;<br>NADIA ABISLEIMAN AS EXECUTRIX<br>OF THE ESTATE OF DAVID NAIM<br>ABISLEIMAN; NADIA ABISLEIMAN,<br>Individually; REA LLC; MYK<br>BUILDERS, LLC, LLC; YOUSUF<br>KHAN,<br>Individually; AQEEL KHAN,<br>Individually; GRO ARCHITECTS,<br>PLLC; RICHARD<br>GARBER, Individually; NICOLE<br>ROBERTSON, Individually; CITY<br>OF NEW BRUNSWICK; DANIEL<br>DOMINGUEZ, Individually; ZEE<br>ENGINEERING, LLC; ZULFIQARA<br>CHOWDRY, Individually;<br>CONSULTING ENGINEERS, 1-10;<br>JOHN AND JANE<br>DOES 1-10; Jointly and<br>Severally<br>                                        . | CASE NO. 3:23-cv-02219-<br>GC-RLS<br><br><br><br>**NOTICE OF MOTION TO SET<br>ASIDE ENTRY OF DEFAULT<br>AND EXTEND TIME TO<br>ANSWER ON BEHALF OF<br>DEFENDANTS MYK BUILDERS,<br>LLC, LLC YOUSUF KHAN<br>AND AQEEL KHAN** |

**TO:**

Jeffrey Kusmick
1 Champlain Way
Franklin Park, NJ 08823-1721
        *Pro Se*

Naji Abisleiman, the Estate of Naji Abisleiman, the Estate of
David Naim Abeisleiman, Nadia Abisleiman as Executrix of the
Estate of David  Naim Abisleiman and REA, LLC

        Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.
        5 Becker Farm Road
        Roseland, NJ 07068
        Atten: Michael K. Belostock and Jan Alan Brody


GRO Architects, PLLC, Nicholas Garber and Nicole Richardson.

        Thompson Bec ker, LLC
        Atten: John M. Becker
        Ten Melrose Avenue
        Suite 400
        Cherry Hill , NJ 08003

        jbecker@thompsonbeckerlaw.com

City of New Brunswick and Daniel Dominguez

        The Stone Law Group
        Atten: Michael John Stone
        20 Glenview Drive
        Warren, NJ 07059


ZEE ENGINEERING, LLC, Zulfiqara, Zulfiqara Chowdry

        Milber Makris Plousadis & Seiden, LLP
        75 Livingston Avenue
        Suite 103
        Roseland, NJ 07068

**PLEASE TAKE NOTICE** that on October 16, 2023, 2023 at 9:00 a.m. or

as soon thereafter as counsel may be heard, the undersigned, Kerry

Brian Flowers, Esq. of the firm Flowers & O'Brien, LLC, Counsel

for Defendants and Cross Defendants MYK Builders, LLC, Yousuf Khan and

Aqeel Khan

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the Khan

Defendants intend to rely on the attached Letter Brief and Declaration

of Kerry Brian Flowers, Esq.

**PLEASE TAKE FURTHER NOTICE** that the Khan Defendants' proposed Answer is

attached hereto.

                                    Respectfully submitted,

                                    /s/Kerry B. Flowers
                                    Kerry Brian Flowers

Dated September 20, 2023